UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*3:23mJ 304 RAR*

| | |
|---|---|
| In Re: APPLICATION FOR | : |
| | : |
| SEARCH WARRANT | : |
| | : |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, KYLE C. LOPRIORE, being duly sworn, depose and state as follows:

### I.      INTRODUCTION

1.      I have been a United States Postal Inspection Service (hereinafter "USPIS") Task Force Officer since February 2021.  I am assigned to the Boston Division, working out of Hartford, Connecticut.  I have been a duly sworn police officer for the Groton Police Department for the last 13 years.  I have participated in numerous investigations of complex drug conspiracies and all stages of illegal narcotics distributions, in violation of 21 U.S.C. §§ 841(a)(1), 843(b) and 846 and violations of the State of Connecticut General Statutes for distribution of illegal narcotics.  I have been the affiant on several search warrant applications which have led to the seizure of significant quantities of illegal narcotics, related paraphernalia, and packaging used in the drug trade.

2.      I am currently assigned to the USPIS sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the US Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities.  The NBCT-TF currently consists of seven Postal Inspectors, detectives from the Hartford, New Britain,

1

Meriden, and Groton Police Departments, and a Special Agent from the USPS Office of Inspector General.

3.      Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals:  first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

4.      I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

5.      The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, through interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

6.      Because this affidavit is being submitted for the limited purposes of securing search warrants, I have not included each and every fact known to me concerning this investigation.  Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

7.   Unless stated otherwise:

   a. all communications and other statements of individuals discussed herein are in sum and substance and in pertinent part;

     b.   all dates are set forth on or about the approximate date; and

     c.   all weights are rounded to the nearest ounce and/or pound and are approximate.

## II.    SUBJECT PARCEL

8.     Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail parcel displaying USPS Tracking Number 95055124518630874909832, addressed to "Francheska Acosta P.O. Box 2500 P.M.B. 209, Toa Baja, PR 00951" and bearing a return address of "Angel Rivera, 149 Asylum St 2L Bridgeport, CT 06610" ("SUBJECT PARCEL 1"), contains evidence of the unlawful possession of controlled substances.



9.     On or about March 28th, 2023, SUBJECT PARCEL 1 was identified as a parcel possibly containing a controlled substance. SUBJECT PARCEL 1 weighs approximately 2lbs 11oz and bears $22.80 in postage.

10.    A review of database records indicates that the delivery address on SUBJECT PARCEL 1 "P.O. Box 2500 P.M.B. 209, Toa Baja, PR 00951" is an actual address.  A review of CLEAR, which has proven reliable in previous investigations, did return a result for "Francheska

Acosta" associated with the delivery address. A review of database records as well as open source and Google Maps shows that the return address on SUBJECT PARCEL 1, "149 Asylum St 2L Bridgeport, CT 06610" is an actual address.  A review of CLEAR, which again has proven reliable in previous investigations, did not return any results for "Angel Rivera" associated with "149 Asylum St 2L Bridgeport, CT 06610".

11.     Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail parcel displaying USPS Tracking Number 9505512451863087490918, addressed to "Francheska Acosta P.O. Box 2500 P.M.B. 209, Toa Baja, P.R. 00951" and bearing a return address of "Angel Rivera, 149 Asylum St 2L Bridgeport, CT 06610" ("SUBJECT PARCEL 2"), contains evidence of the unlawful possession of controlled substances.



12.     On or about March 28th, 2023, SUBJECT PARCEL 2 was identified as a parcel possibly containing a controlled substance.  SUBJECT PARCEL 2 weighs approximately 5lbs 5oz and bears $22.80 in postage.

13.     A review of database records indicates that the delivery address on SUBJECT

PARCEL 2 "P.O. Box 2500 P.M.B. 209, Toa Baja, P.R. 00951" is an actual address.  A review of

CLEAR, which has proven reliable in previous investigations, did return a result for "Francheska

Acosta" associated with the delivery address. A review of database records as well as open source

and Google Maps shows that the return address on SUBJECT PARCEL 2, "149 Asylum St 2L

Bridgeport, CT 06610" is an actual address.  A review of CLEAR, which again has proven

reliable in previous investigations, did not return any results for "Angel Rivera" associated with

"149 Asylum St 2L Bridgeport, CT 06610".

14.     On March 30th 2023 the SUBJECT PARCELS were examined by a trained

narcotics detection canine. The canine is a two year old black Labrador Retriever named Hawk.

Hawk is assigned to Detective Zach Kashmanian of the Hartford Police Department. Hawk was

certified in May of 2022 and recently recertified in November of 2022.  Hawk is certified in the

detection of Cocaine, Crack Cocaine, Heroin, MDMA, and Methamphetamine. Hawk and

Detective Kashmanian train daily on all the odors that the dog is trained to detect. Hawk is

developing a track record of accurately alerting law enforcement to the presence of narcotics.

Detective Kashmanian as well as Connecticut State Police Canine Unit maintain daily training

logs for Hawk.

15.     Each SUBJECT PARCEL was placed among four other similarly sized parcels

prior to the handler arriving.  Upon examination of the parcels, the canine handler informed me

that the canine alerted to each SUBJECT PARCEL.  The handler and canine left the area. The

parcels, including each SUBJECT PARCEL were rearranged in different positions on the floor.

The handler and canine were called in again.  The canine handler informed me that the canine

alerted to each SUBJECT PARCEL once again.

16.     Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCELS, is evidence of a controlled substance offense, in violation of Title 21, United States Code, Sections 841(a)(1) (possession with intent to distribute and distribution of illegal narcotics), 844 (possession of illegal narcotics), and 846 (conspiracy to violate federal narcotics laws).  The SUBJECT PARCELS are presently in the custody of the U.S. Postal Inspection Service located at the 141 Weston Street, Hartford, CT 06101.

**III. CONCLUSION**

17. WHEREFORE, I respectfully request that a search warrant be issued to search the SUBJECT PARCELS for evidence of illegal narcotics and narcotics proceeds, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

Kyle LoPriore
Digitally signed by Kyle
LoPriore
Date: 2023.04.03
09:27:28 -04'00'

KYLE C. LOPRIORE
USPIS TASK FORCE OFFICER

Subscribed and sworn to before me by telephone this  3rd day of April, 2023.

Robert A.
Richardson
Digitally signed by Robert
A. Richardson
Date: 2023.04.03
16:02:01 -04'00'

HONORABLE ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A-1**

**Property to Be Searched**

Priority Mail parcel displaying USPS Tracking Number 9505512451863087490832, addressed to "Francheska Acosta P.O. Box 2500 P.M.B. 209, Toa Baja, P.R. 00951" and presently in the custody of the United States Postal Inspection Service at 141 Weston St, Hartford, CT 06101.



## ATTACHMENT A-2

### Property to Be Searched

Priority Mail parcel displaying USPS Tracking Number 9505512451863087490918, addressed to "Francheska Acosta P.O. Box 2500 P.M.B. 209, Toa Baja, P.R. 00951" and presently in the custody of the United States Postal Inspection Service at 141 Weston St, Hartford, CT 06101.



## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a) (possession with intent to distribute and distribution of illegal narcotics), 844 (possession of illegal narcotics), and 846 (conspiracy to violate federal narcotics laws), including United States currency and narcotics.